FREDERICK WALTER, Appellant, *v.* GEORGE B. McCLELLAN et al., as Aqueduct Commissioners of the City of New York, et al., Respondents.

*Walter* v. *McClellan*, 113 App. Div. 295, affirmed.
(Argued October 21, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

16, 1906, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in a taxpayer's action to restrain the execution and performance of a contract alleged to be illegal and *ultra vires.*

*John C. Wait* for appellant.

*Chase Mellen* and *Francis K. Pendleton, Corporation Counsel (Theodore Connoly* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Not voting: CULLEN, Ch. J.